SAMUEL SUDLER AND DAVID S. STEINER v.
ENVIRONMENTAL DISPOSAL CORPORATION
AND HILLS DEVELOPMENT COMPANY.

October 20, 1987.

Petition for certification denied.  (See 219 *N.J.Super.* 52).

CHARLES W. MIDDLESWORTH, JR. v. FIRST
PEOPLES BANK OF NEW JERSEY.

October 20, 1987.

Petition for certification denied.

PATRICK A. BUCCINO v. GENERAL MOTORS CORPORATION
AND CROWN CADILLAC.

October 20, 1987.

Petition for certification denied.

HOWARD ROSS v. ISLAND CITY REALTY.

October 20, 1987.

Petition for certification denied.